UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **SPECIALISTS HOSPITAL-SHREVEPORT, LLC** | **CIV. ACTION NO. 5:21-01748** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JOEY HARPER A.K.A JOEY LYNN HARPER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

The court finds that the subject healthcare plan is an ERISA plan, and that the third-party plaintiff's cause of action for failure to pay benefits under the plan is completely preempted by ERISA, thereby conferring federal question jurisdiction, 28 U.S.C. § 1331. Consequently,

**IT IS ORDERED** that third-party defendant, HealthNow's motion to realign the parties [doc. # 3] is **DENIED**.

**IT IS FURTHER ORDERED** that HealthNow's alternative motion to sever and remand [doc. # 3] the original/principal demand asserted by Specialists against Harper is **GRANTED**, and the severed claim is hereby **REMANDED** to the Second Judicial District Court for the Parish of Bienville, State of Louisiana, whence it was removed. 28 U.S.C. § 1441(c)(2).

SHREVEPORT, LOUISIANA, this _15th_____ day of __September_____ 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE